**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ellis Lee WILLIAMS, Defendant–**
**Appellant.**

**No. 13–7643.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: March 31, 2014.

---

Ellis Lee Williams, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Lee Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to the Fair Sentencing Act ("FSA"). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Williams,* No. 5:04–cr–00044–FL–1 (E.D.N.C. Oct. 1, 2013); *see United States v. Black,* 737 F.3d 280, 287 (4th Cir.2013) (holding that § 3582(c)(2) does not provide means to apply FSA minimums). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*